CAT3

# United States District Court
## Northern District of Illinois
# Prisoner Civil Cover Sheet

FILED 1/11/2021 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

PJ

**Plaintiff(s):** Ryan Alton

**Defendant(s):** The City of Bolingbrook, et al.

**County of Residence:** DuPage

**County of Residence:**

**Plaintiff's Address:**
**Name:** Ryan Alton

**Defendant's Attorney:**

**Unit Field:**

**1:21-cv-00191**

**(Prisoner ID Field (USM# ONLY))**

Judge Martha M. Pacold
Magistrate Judge Maria Valdez
PC1

**Address:**
303 S. Broadway
Aurora, IL 60505

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
■ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:    Defendant:

**Origin:**
■ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 550- Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ■ Yes  ☐ No

**Signature:** P. Jansczek   **Date:** 1/11/2021

Rev. 02/12/2019