This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>**Cook** COUNTY | ORDER FOR WAIVER OF COURT FEES | For Court Use Only |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

**Ryan Alton**
Plaintiff / Petitioner (First, middle, last name)

FILED PJ
1/11/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

v.

Enter the name of the person being sued as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

**City of Bolingbrook**
Defendant / Respondent (First, middle, last name)
**Bolingbrook Police Department**
**officers names unknown**

**1:21-cv-00191**
Judge Martha M. Pacold
Magistrate Judge Maria Valdez
PC1
Case Number

Enter your full name as "Applicant."

**Applicant Name:** **Ryan** **Micheal** **Alton**
First / Middle / Last

**DO NOT** check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:

1. ☒ The applicant **qualifies** for a **full (100%)** waiver of all fees, costs, and charges because *(check only one)*:

    a. ☒ The applicant receives means-based government assistance under one or more of the following programs:
    - Supplemental Security Income (SSI) (Not Social Security)
    - Aid to the Aged, Blind and Disabled (AABD)
    - Temporary Assistance for Needy Families (TANF)
    - SNAP (Food Stamps)
    - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

    **OR**

    b. ☐ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Department of Health and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;

    **OR**

    c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies** for a **partial** *(75%, 50%, or 25%)* waiver of all fees, costs, and charges because the applicant's household income is *(check one)*:

    ☐ more than **125%** but not greater than **150%** *(75% waived)*; OR
    ☐ more than **150%** but not greater than **175%** *(50% waived)*; OR
    ☐ more than **175%** but not greater than **200%** *(25% waived)*

    of the current poverty level as established by the US Department of Health and and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable

RECEIVED 2021 JAN 11 AM 9:00

Enter the Case Number given by the Circuit Clerk: _____

to pay the fees, costs, or charges.

3. ☐ The applicant must **provide additional information and attend a hearing** before the court decides if the applicant qualifies for a fee waiver.

4. ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason)*:
   _____
   _____

**IT IS HEREBY ORDERED:**

A. ☐ *Application for Waiver of Court Fees* is **GRANTED**.
   i. ☐ The applicant qualifies for a **full waiver**, and may participate in this case without payment of fees, costs, or charges.
      OR
   ii. ☐ The applicant qualifies for a **partial fee waiver** as follows *(check one)*:
      ☐ **75%** of all fees, costs, and charges **are waived** *(and the applicant must pay 25% of all fees, costs, and charges)*.
      ☐ **50%** of all fees, costs, and charges **are waived** *(and the applicant must pay 50% of all fees, costs, and charges)*.
      ☐ **25%** of all fees, costs, and charges **are waived** *(and the applicant must pay 75% of all fees, costs, and charges)*.
   Charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, or any other court ordered fees listed in 735 ILCS 5/5-105(a)(2)(1).
   ☐ The applicant must pay fees, costs, and charges currently due by: _____
                                                                         *Date*
      OR
   ☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:
      _____
      _____

   **This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date.

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____
                                                                        *Date*
   at _____ in courtroom: _____
      *Time*
   The applicant must bring the following documents: _____
   _____
   _____

C. ☐ *Application for Waiver of Court Fees* is **DENIED**.
   The applicant must pay all fees, costs, and charges currently due by: _____
                                                                            *Date*

**DO NOT** complete this section. The judge will sign and date here.

**ENTERED:**

_____        _____
*Judge*                                *Date*