IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Ryan Alton | ) | |
|---|---|---|
| | ) | Case No: 21 C 191 |
| | ) | |
| v. | ) | Judge: Martha M. Pacold |
| | ) | |
| City of Bolingbrook, et al., | ) | |

## ORDER

The court has reviewed Plaintiff's motion to proceed in forma pauperis (IFP) [3]. However, Plaintiff has not submitted the current federal IFP application. If Plaintiff wishes to proceed, he must either: (1) submit a truthful and complete federal IFP application in accordance with this order or (2) pay the full statutory filing fee of $402.00 by mailing a check or money order made payable to the Clerk of Court, which includes Plaintiff's name and the case number assigned to this case, to the Clerk of Court, United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor. The Clerk of Court is directed to send Plaintiff a blank copy of the court's current application to proceed in forma pauperis (for non-prisoners), a motion for attorney representation form, one blank USM-285 form, and instructions along with a copy of this order.

Date: March 8, 2021                                              /s/ Martha M. Pacold