**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Ryan Alton | ) | |
| | ) | Case No: 21 C 191 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| The City of Bolingbrook, et al., | ) | |

**ORDER**

On 3/8/2021, the court ordered Plaintiff to either (1) submit a truthful and complete federal IFP application in accordance with this order or (2) pay the full statutory filing fee of $402.00. To date, plaintiff has not complied with this order. If Plaintiff does not comply by 4/22/2021, this case will be summarily dismissed for want of prosecution and for failure to comply with a court order.

Date: April 8, 2021 /s/ Martha M. Pacold