**FILED**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

EC APR -9 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ryan Alton
(full name of plaintiff or petitioner)

vs.

City of bolingbrook on & any responsable Deputy's that maybe involved
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(<u>NON-PRISONER CASE</u>)

Case number: 21 C 191

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney

1. <u>Are you employed</u>?
   [ ] Yes   Name and address of employer: _____
   Total amount of monthly take-home pay: _____
   [X] No    Date(s) of last employment: 5/2020   Last monthly take-home pay: $1,200.00

2. <u>If married, is your spouse employed</u>?  [X] Not married
   [ ] Yes   Name and address of spouse's employer: _____
   Total amount of spouse's monthly take-home pay: _____
   [ ] No    Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

3. <u>Other sources of income / money</u>: For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   Self-employment, business, or profession: $ _____
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ _____
   Unemployment, public assistance, or welfare: $ 6,000 unemployment  $250 bi/week
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money**: $ 120 food stamps

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☒ No  If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:

   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☒ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____
   _____

7. *Debts and financial obligations*: List any amounts you owe to others:
   As far as I know I don't have any debt or financial obligations

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:
   Well I haven't worked in over a year and Im struggling to even maintain basic needs on a monthly basis. I take care of my cat which cost $300.00 a month for her care. Plus medical bills

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _____

_____
Applicant's signature

Ryan Ayon
Printed name