## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Ryan Alton     )
         )  Case No:  21 C 191
    v.    )
         )  Judge: Martha M. Pacold
The City of Bolingbrook, et al.,  )

## ORDER

Plaintiff's application to proceed in forma pauperis [6] is granted. The filing fee is waived. The Clerk of Court is directed to file Plaintiff's complaint [1] and issue summons for service on the City of Bolingbrook and the Bolingbrook Police Department. The U.S. Marshal is appointed to serve the defendants.

Date:  April 15, 2021       /s/ Martha M. Pacold